UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL LOPEZ,
    Plaintiff,

vs.

101 WASHINGTON AVENUE REALTY, LLC
and FORD SOBE, LLC d/b/a STUBBORN SEED,
    Defendants.

Case No: 24-cv-24254-JAL

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

The Parties, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. As such, the Parties jointly request that all pending case deadlines be stayed for 30 days to allow the Parties to finalize their settlement documents and file appropriate dismissal papers.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573 2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(844) 702-8867
WassenbergL@gmail.com

s/ Charles Albert Ross
Charles Albert Ross (FBN: 86558)

*Attorney for 101 Washington Avenue Realty*
Mintz & Gold LLP
600 Third Ave., 25th Floor
New York, NY 10016
(212) 696-4848
CRoss@CharlesRossLaw.com

s/ Alejandro Brito
Alejandro Brito (FBN: 98442)
    and
s/ Carlos Mouawad
Carlos Mouawad (FBN: 1038451)
    *Attorneys for Defendants*
Brito PLLC
2121 Ponce de Leon Blvd., Ste. 650
Coral Gables, FL 33134
(305) 614-4071
ABrito@BritoPLLC.com
CMouawad@BritoPLLC.com